# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE A. JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WOODFORD, et. al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | CV F 04 5911 AWI SMS P<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS ACTION (Doc. 15.) |

　　Maurice A. Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　On November 16, 2005, the Court issued an Order dismissing the Complaint with leave to amend. On December 15, 2005, Plaintiff informed the Court that he did not wish to file an Amended Complaint and also moved to voluntarily dismiss the action. Accordingly, in light of Plaintiff's Motion, the Court HEREBY ORDERS:

　　1.　　The Motion to Voluntarily Dismiss the Action is GRANTED;

　　2.　　The instant action is DISMISSED in its entirety;

　　3.　　The Clerk of Court is DIRECTED to close this case in accordance with this Order.

IT IS SO ORDERED.

Dated:    December 20, 2005                   /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE

1